UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**TERRY LYNN JONES, JR.**                                          **CIVIL ACTION**

**VERSUS**                                                                            **NO. 22-635**

**HOUMA POLICE DEPARTMENT, ET AL.**                   **SECTION: "B"(3)**

### ORDER

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that plaintiff's complaint is **DISMISSED WITH PREJUDICE** as frivolous, for failing state a claim on which relief may be granted, and/or for seeking monetary damages against a defendant who is immune from such relief.

New Orleans, Louisiana, this 4th day of October, 2022

                                                             _____
                                                             SENIOR UNITED STATES DISTRICT JUDGE